**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7142**

———————

In Re: JULIAN EDWARD ROCHESTER,

Petitioner.

———————

On Petition for Writ of Mandamus.
(CA-99-705-20AJ, CA-99-785-20AJ, CA-98-298-20AJ,
CA-97-3924-20AJ, CA-98-146-21AJ)

———————

Submitted: November 18, 1999     Decided: November 24, 1999

———————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Julian Edward Rochester, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Julian Edward Rochester filed this petition for a writ of mandamus requesting this court to direct a South Carolina state court to act on a pending post-conviction relief petition. Because we have no general power to compel action by state courts, we deny the petition. See Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988). We grant the motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED